UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court File: 12-SC-1812 (DSD/AJB)

United States of America *ex rel.* Tamika )
Allen-Zerwes, and Tamika Allen-Zerwes, )
individually, )
)
         Plaintiffs, )
)
vs. )
)
Dennis Christ and Kevin Christ, )
)
         Defendants. )

## THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby intervenes and intends to proceed with this action. The United States intends to file its complaint within 120 days.

The Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

The United States reserves the right to seek the dismissal of the relator's action or claim on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).



A proposed order accompanies this notice.

*April 2, 2013*

Respectfully submitted,

B. TODD JONES
United States Attorney

BY: D. GERALD WILHELM
Assistant U.S. Attorney
Attorney ID Number 117122
Email: gerald.wilhelm@usdoj.gov



**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

---

600 U.S. Courthouse        (612) 664-5600
300 South Fourth Street
Minneapolis, MN 55415

April 2, 2013

Richard Sletten, Clerk
United States District Court
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

    Re:    <u>United States, ex rel. Tamika Allen-Zerwes and Tamika Allen-Zerwes v. Dennis Christ and Kevin Christ</u>
           Civil No. 12-sc-1812 DSD/AJB
           **FILED UNDER SEAL**

Dear Mr. Sletten:

    Enclosed for filing is the original Government's Notice of Election to Intervene and Certificate of Service in regard to the above-entitled matter. A copy of the Notice has been forwarded under separate cover to the Honorable David S. Doty. A proposed Order has been sent to the Honorable David S. Doty via email.

    Relator's Counsel is being served by copy of this letter with a copy of the Notice.

                                       Sincerely,

                                       B. TODD JONES
                                       United States Attorney

                                       BY: D. GERALD WILHELM
                                       Assistant U.S. Attorney
                                       Attorney ID No. 117122

Enclosures
cc:    (w/enclosures as listed)
       Dorinda L. Wider