# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
### Court File:  12-SC-1812 (DSD/AJB)

| | |
|---|---|
| United States of America *ex rel.* Tamika Allen-Zerwes, and Tamika Allen-Zerwes, individually, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| Dennis Christ and Kevin Christ, | ) ) |
| Defendants. | ) |

## **ORDER**

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. The relator's complaint, the Government's Notice of Intervention, and this Order be unsealed;

2. The United States shall serve its Complaint upon defendant, together with this Order, within 120 days;

3. All other papers or Orders on file in this matter shall remain under seal; and

    4.       All matters subsequently filed in this action shall not be filed under seal.

        IT IS SO ORDERED,

Dated:  April 4, 2013

                                        s/David S. Doty
                                        DAVID S. DOTY, Judge
                                        United States District Court