STATE OF MINNESOTA

**AFFIDAVIT OF SERVICE**

COUNTY OF HENNEPIN

*METRO LEGAL SERVICES*

Lynn M. Phillips, being duly sworn, on oath says:

that on December 18, 2013, at 8:08 PM she served the attached:

Summons & Complaint upon:

Kevin Christ, therein named, personally at:

5269 St. Mary's Road, Minnetrista, County of Hennepin, State of Minnesota, by handing to and leaving with Kevin Christ, a true and correct copy thereof.

_____
Lynn M. Phillips

Subscribed and sworn to before me on

__12-18__, 2013

_____

CASEY LYNNE DICKINSON
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2015


*1835513 - 2*

RE: 1109-0324237